**\*\*E-filed 4/23/10\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SILGAN CONTAINERS LLC, | No. C 09-5971 RS |
| Plaintiff, | |
| v. | **ORDER RE SCHEDULING** |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURG, PA., | |
| Defendant. | |

Good cause appearing, defendant's motion to bifurcate and to stay discovery and plaintiff's motion for leave to amend shall both be heard on May 20, 2010, at 1:30 p.m. The case management conference presently scheduled for May 6, 2010 is continued to the same date and time. Briefing of the motions shall proceed as provided in Civil Local Rule 7.

Dated: 4/23/10

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE