<div style="margin-left: 2em;">

MARY P. McCURDY (BAR NO. 116812)
P. BETTY SU (BAR NO. 229103)
McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, California 94025
Telephone:   (650) 618-3500
Facsimile:    (650) 618-3599
mary.mccurdy@mccurdylawyers.com
betty.su@mccurdylawyers.com

RICHARD H. NICOLAIDES, JR. *(pro hac vice)*
LAURA A. McARDLE *(pro hac vice)*
JAMES F. BAFFA *(pro hac vice)*
BATES & CAREY LLP
191 North Wacker Drive, Suite 2400
Chicago, Illinois 60606
Telephone:   (312) 762-3100
Facsimile:    (312) 762-3200
rnicolaides@batescarey.com
lmcardle@batescarey.com
jbaffa@batescarey.com

Attorneys for Defendant
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.

</div>

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| SILGAN CONTAINERS LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.,<br><br>    Defendant. | CASE NO. C-09-5971-RS<br><br>[PROPOSED] ORDER<br>RE: SUBSTITUTION OF COUNSEL<br><br>Courtroom 3, 17th Floor<br>The Honorable Richard Seeborg |

It is hereby ordered that co-counsel of record for defendant National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union") in the above captioned matter is substituted, as stated in National Union's Notice of Substitution of Counsel.

Former co-counsel:

> Mary P. McCurdy (Bar No. 116812)
> P. Betty Su (Bar No. 229103)
> McCurdy & Fuller LLP
> 4300 Bohannon Drive, Suite 240
> Menlo Park, California 94025

1  Telephone: (650) 618-3500
   Facsimile: (650) 618-3599

2

3  New co-counsel, on whom all notices and papers should be served:

4  W. David Campagne (Bar No. 111372)
   Sinnott, Puebla, Campagne & Curet, APLC

5  555 Montgomery, Suite 720
   San Francisco, CA 94111

6  Telephone No. (415) 352-6212
   Facsimile No. (415) 352-6224

7  DCampagne@spcclaw.com

8  **IT IS SO ORDERED:**

9

10  Dated:  6/2/10   _____

11  **Honorable Richard Seeborg**
    **United States District Judge**

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA 94025
(650) 618-3500

38358.doc                                                        - 2 -
**[PROPOSED]** ORDER RE: NOTICE OF SUBSTITUTION OF COUNSEL - Case No. C-09-5971-RS