1  ROBERT J. ROMERO, SBN 136539
JOSEPH J. DE HOPE, JR., SBN 79271
2  CHRISTINA A. LEE, SBN 257905
HINSHAW & CULBERTSON LLP
3  One California Street, 18th Floor
San Francisco, CA 94111
4  Telephone:    415-362-6000
Facsimile:    415-834-9070
5
6  Attorneys for Defendants LIBERTY
MUTUAL FIRE INSURANCE COMPANY
7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10              SAN FRANCISCO DIVISION

11  SILGAN CONTAINERS LLC, successor to       )  **Case No.:  C 09-05971 RS**
Silgan Containers Corporation,                )  **[PROPOSED] ORDER MODIFYING CASE**
12                                            )  **MANAGEMENT ORDER**   AS MODIFIED
                                              )   BY THE COURT
13        Plaintiff,                          )  Hon. Richard Seeborg
                                              )
14        vs.                                 )
                                              )
15  NATIONAL UNION FIRE INSURANCE             )  Civil Local Rule 7-11
COMPANY OF PITTSBURGH, PA and                 )
16  LIBERTY MUTUAL FIRE INSURANCE             )
COMPANY                                       )
17                                            )
          Defendants.                         )
18  _____      )

19        Upon consideration of the administrative motion of Defendant Liberty Mutual Fire

20  Insurance Company to modify the May 20, 2010 Case Management Order, and for Good Cause

21  Shown, the May 20, 2010 Case Management Order is hereby modified as follows:

22        1.    On or before November 9, 2010 (formerly August 11, 2010), all non-expert

23  discovery shall be completed by the parties.

24        2.    EXPERT WITNESSES.  The disclosure and discovery of expert witness opinions

25  shall proceed as follows:

26        A.    On or before November 23, 2010 (formerly August 25, 2010), plaintiff

27  shall disclose expert testimony and reports in accordance with Federal Rule of Civil Procedure

28  26(a) (2).

1

B.      On or before December 21, 2010 (formerly September 22, 2010), defendants shall disclose expert testimony and reports in accordance with Federal Rule of Civil Procedure 26(a) (2).

C.      On or before January 11, 2011 (formerly October 13, 2010), all discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b) (4) shall be completed.

3.      CROSS-MOTIONS FOR SUMMARY JUDGMENT.  Cross-motions for summary judgment, if any, shall be heard in accordance with Civil Local Rule 7 no later than March 2, 2011(formerly December 2, 2010).

4.      FURTHER CASE MANAGEMENT CONFERENCE.  A Further Case Management Conference shall be held on **April 1̶3̶ 14, 2011** (formerly **January 13, 2011) at 10:00 a.m.** in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  The parties shall submit a Joint Case Management Statement at least one week prior to the Conference.

5.      PRETRIAL STATEMENTS.  At a time convenient to all, counsel shall meet and confer to discuss preparation of a joint pretrial statement, and on or before July 27, 2011(formerly April 28, 2011), counsel shall file a Joint Pretrial Statement.

6.      PRETRIAL CONFERENCE.  The final pretrial conference will be held on **August 1̶0̶ 11, 2011** (formerly **May 12,2011), at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  Each party or lead counsel who will try the case shall attend personally.

7.      TRIAL DATE.  Jury trial shall commence on **August 22, 2011** (formerly **May 23, 2011), at 9:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

IT IS SO ORDERED.

DATED:  7/19/10

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

2