*E-Filed 7/30/10*

1  KIEVE LAW OFFICES
   Loren Kieve (Bar No. 56280)

2

3  5A Funston Avenue
The Presidio of San Francisco
San Francisco, California  94129

4  Telephone:    (415) 364-0060
Facsimile:    (415) 364-0060

5  lk@kievelaw.com

6  Counsel for plaintiff Silgan Containers LLC

7

        UNITED STATES DISTRICT COURT FOR THE

8

        NORTHERN DISTRICT OF CALIFORNIA

9

        San Francisco Division

10

11

12  SILGAN CONTAINERS LLC,        Civil Action No. 09-05971 RS

        Plaintiff,        Stipulation and [proposed] order further
13          modifying the initial case management order

    vs.

14  NATIONAL UNION FIRE INSURANCE    Civil Local Rule 7-11

15  COMPANY OF PITTSBURGH, PA., and
LIBERTY MUTUAL FIRE INSURANCE

16  COMPANY,

17          Defendants.

18

19       The undersigned parties hereby stipulate, subject to the Court's approval, to further modify

20  the provisions of the Court's May 20, 2010 initial Case Management Order, as amended by the

21  Court's July 19, 2010 modification of that order, as follows:

22  1. NON-EXPERT DISCOVERY.  On or before November 9, 2010, all non-expert discovery shall

23  be completed by the parties.

24  2.  EXPERT WITNESSES.  The disclosure and discovery of expert witness opinions shall proceed

25  as follows:

26      A.  On or before November 23, 2010, plaintiff shall disclose expert testimony and reports in

27         accordance with Federal Rule of Civil Procedure 26(a)(2).

28

B.  On or before December 21, 2010, defendants shall disclose expert testimony and reports in accordance with Federal Rule of Civil Procedure 26(a)(2).

C.  On or before January 18, 2011, all discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed.

3.  CROSS-MOTIONS FOR SUMMARY JUDGMENT.  Cross-motions for summary judgment, if any, shall be heard in accordance with Civil Local Rule 7 no later than February 23, 2011.

4.  FURTHER CASE MANAGEMENT CONFERENCE.  A Further Case Management Conference shall be held on April 7, 2011 at 10:00 a.m. in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. The parties shall submit a Joint Case Management Statement at least one week prior to the Conference.

5.  PRETRIAL STATEMENTS.  At a time convenient to all, counsel shall meet and confer to discuss preparation of a joint pretrial statement, and on or before July 28, 2011, counsel shall file a Joint Pretrial Statement.

6.  PRETRIAL CONFERENCE. The final pretrial conference will be held on August 11, 2011, at 10:00 a.m., in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. Each party or lead counsel who will try the case shall attend personally.

7.  TRIAL DATE. Jury trial shall commence on August 29, 2011, at 9:00 a.m., in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

Dated:  July 30, 2010

/s/ *Loren Kieve*
Loren Kieve (Bar No. 56280)
lk@kievelaw.com
KIEVE LAW OFFICES
5A Funston Avenue
The Presidio of San Francisco
San Francisco, California  94129-1110
Telephone:  (415) 364-0060
Facsimile:  (435) 304-0060
lk@kievelaw.com

Counsel for plaintiff Silgan Containers LLC

1   W. David Campagne (Bar No. 111372)
    Daniel S. Cho (Bar No. 258729)
2   SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
    555 Montgomery, Suite 720
3   San Francisco, California 94111
    Telephone:  (415) 352-6200
4   Facsimile:   (415) 352-6224
    dcampagne@spcclaw.com
5   dcho@spcclaw.com

6

    /s/ *James F. Baffa, with permission*
7   Richard H. Nicolaides, Jr. *(pro hac vice)*
    Laura A. McArdle *(pro hac vice)*
8   James F. Baffa *(pro hac vice)*
    BATES & CAREY LLP
9   191 North Wacker Drive, Suite 2400
    Chicago, Illinois 60606
10  Telephone:  (312) 762-3100
    Facsimile:   (312) 762-3200
11  rnicolaides@batescarey.com
    lmcardle@batescarey.com
12  jbaffa@batescarey.com

13  Counsel for defendant National Union
    Fire Insurance Company of Pittsburgh, Pa.
14

15
    /s/ *Joseph J. De Hope, Jr., with permission*
16  Robert J. Romero
    Joseph J. De Hope, Jr.
17  Christina A. Lee
    HINSHAW & CULBERTSON LLP
18  One California Street, 18th Floor
    San Francisco, CA 94111
19  Telephone: (415) 362-6000
    Facsimile:  (415) 834-9070
20  rromero@hinshawlaw.com
    jdehope@hinshawlaw.com
21  clee@hinshawlaw.com

22  Counsel for defendant Liberty Mutual
    Fire Insurance Company
23

24          Pursuant to stipulation, it is so ordered.

25  Dated: _____7/30_____, 2010

26                                          Honorable Richard Seeborg
                                            United States District Judge
27

28
    Stipulation and [proposed] Order further          3          Civil Action No. 09-05971 RS
    modifying the Case Management Order