UNITED STATES DISTRICT COURT<br>For the Northern District of California

# UNITED STATES DISTRICT COURT

## Northern District of California

### Oakland Division

| | |
|---|---|
| SILGAN CONTAINERS,<br><br>        Plaintiff,<br>  v.<br><br>NATIONAL UNION FIRE INS., *et al.*,<br><br>        Defendants.<br>_____/ | No. C 09-05971 RS (LB)<br><br>**NOTICE OF REFERRAL AND ORDER RE DISCOVERY PROCEDURES** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The district court has referred Defendant's Motion for Protective Order and Plaintiff's Motion to Compel, electronically filed on October 26, 2010, which are discovery matters, to United States Magistrate Judge Laurel Beeler. The motions were noticed for December 2, 2010 and December 16, 2010, respectively.

The Court **VACATES** the current hearing dates and **DENIES** the pending discovery motions without prejudice and directs the parties to comply with the procedures for addressing discovery disputes set forth in Judge Beeler's standing order (attached). Those procedures require, among other things, that if a meet-and-confer by other means does not resolve the parties' dispute, lead counsel for the parties must meet and confer **in person**. If that procedure does not resolve the disagreement, the parties must file a joint letter instead of a formal motion. After reviewing the joint

///

///

C 09-05971 RS (LB)
NOTICE OF REFERRAL AND ORDER

letter, the Court will evaluate whether further proceedings are necessary, including any further briefing or argument.

**IT IS SO ORDERED.**

Dated: November 3, 2010

_____
LAUREL BEELER
United States Magistrate Judge