| | |
|---|---|
| 1 | W. DAVID CAMPAGNE (BAR NO. 111372) |
| | STEPHEN R. WONG (BAR NO. 186187) |
| 2 | SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC |
| | 555 Montgomery, Suite 720 |
| 3 | San Francisco, California 94111 |
| | Telephone:  (415) 352-6212 |
| 4 | Facsimile:  (415) 352-6224 |
| | dcampagne@spcclaw.com |
| 5 | swong@spcclaw.com |
| | |
| 6 | RICHARD H. NICOLAIDES, JR. *(pro hac vice)* |
| | LAURA A. McARDLE *(pro hac vice)* |
| 7 | JAMES F. BAFFA *(pro hac vice)* |
| | BATES CAREY NICOLAIDES LLP |
| 8 | 191 North Wacker Drive, Suite 2400 |
| | Chicago, Illinois 60606 |
| 9 | Telephone:     (312) 762-3100 |
| | Facsimile:      (312) 762-3200 |
| 10 | rnicolaides@bcnlaw.com |
| | lmcardle@bcnlaw.com |
| 11 | jbaffa@bcnlaw.com |
| | |
| 12 | Attorneys for Defendant |
| | NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SILGAN CONTAINERS LLC, | Case No. C-09-5971-RS |
| Plaintiff, | |
| vs. | |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and LIBERTY MUTUAL FIRE INSURANCE COMPANY, | [PROPOSED] ORDER FURTHER MODIFYING CASE MANAGEMENT ORDER |
| Defendants. | |

Upon consideration of the parties' Administrative Motion to Further Modify Case Management Order, the Court further modifies the May 20, 2010 Case Management Order, as amended by Court Orders dated July 19, 2010, July 30, 2010, and October 29, 2010, as follows:

1. NON-EXPERT DISCOVERY. On or before November 9, 2010, non-expert discovery shall be completed by the parties, with one exception:  National Union may complete the deposition of non-party Del Monte Foods Company on or before December 9, 2010.

2. EXPERT WITNESSES. The disclosure and discovery of expert witness opinions shall proceed as follows:

A. On or before November 23, 2010, plaintiff shall disclose expert testimony and reports in accordance with Federal Rule of Civil Procedure 26(a)(2).

B. On or before December 21, 2010, defendants shall disclose expert testimony and reports in accordance with Federal Rule of Civil Procedure 26(a)(2).

C. On or before January 18, 2011, all discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed.

3. CROSS-MOTIONS FOR SUMMARY JUDGMENT. Cross-motions for summary judgment, if any, shall be heard in accordance with Civil Local Rule 7 no later than February 24, 2011.

4. FURTHER CASE MANAGEMENT CONFERENCE. A Further Case Management Conference shall be held on April 7, 2011 at 10:00 a.m. in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. The parties shall submit a Joint Case Management Statement at least one week prior to the Conference.

5. PRETRIAL STATEMENTS. At a time convenient to all, counsel shall meet and confer to discuss preparation of a joint pretrial statement, and on or before July 28, 2011, counsel shall file a Joint Pretrial Statement.

6. PRETRIAL CONFERENCE. The final pretrial conference will be held on August 11, 2011, at 10:00 a.m., in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. Each party or lead counsel who will try the case shall attend personally.

7. TRIAL DATE. Jury trial shall commence on August 29, 2011, at 9:00 a.m., in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

DATED: 11/17/10

HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE