ROBERT J. ROMERO, SBN 136539
JOSEPH J. DE HOPE, JR., SBN 079271
CHRISTINA A. LEE, SBN 257905
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone:    415-362-6000
Facsimile:    415-834-9070
rromero@hinshawlaw.com
clee@hinshawlaw.com

Attorneys for Defendants
LIBERTY MUTUAL FIRE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SILGAN CONTAINERS LLC, successor to Silgan Containers Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA and LIBERTY MUTUAL FIRE INSURANCE COMPANY,<br><br>Defendants. | Case No.: C 09-05971 RS<br><br>STIPULATION AND [PROPOSED] ORDER FURTHER MODIFYING THE INITIAL CASE MANAGEMENT ORDER<br><br>Hon. Richard Seeborg |

The undersigned parties hereby stipulate, subject to the Court's approval, to further modify the provisions of the Court's May 20, 2010 initial Case Management Order, as amended by the Court's July 19, 2010, July 30, 2010, October 29, 2010 and November 17, 2010 modifications of that order, as follows:

1. NON-EXPERT DISCOVERY. On or before November 9, 2010, all non-expert discovery shall be completed by the parties (other than additional discovery as a result of the Court's order of December 21, 2010 (document no. 70)).

2. EXPERT WITNESSES. The disclosure and discovery of expert witness opinions shall proceed as follows:

    A. On or before November 23, 2010, plaintiff shall disclose expert testimony and reports in accordance with Federal Rule of Civil Procedure 26(a)(2).

    B. On or before December 21, 2010, defendants shall disclose expert testimony and reports in accordance with Federal Rule of Civil Procedure 26(a)(2).

    C. On or before March 4, 2011, all discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed.

3. CROSS-MOTIONS FOR SUMMARY JUDGMENT. Cross-motions for summary judgment, if any, shall be heard in accordance with Civil Local Rule 7 no later than April 7, 2011.

4. FURTHER CASE MANAGEMENT CONFERENCE. A Further Case Management Conference shall be held on May 19, 2011 at 10:00 a.m. in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. The parties shall submit a Joint Case Management Statement at least one week prior to the Conference.

5. PRETRIAL STATEMENTS. At a time convenient to all, counsel shall meet and confer to discuss preparation of a joint pretrial statement, and on or before July 28, 2011, counsel shall file a Joint Pretrial Statement.

6. PRETRIAL CONFERENCE. The final pretrial conference will be held on August 11, 2011, at 10:00 a.m., in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. Each party or lead counsel who will try the case shall attend personally.

///
///
///
///

7. TRIAL DATE. Jury trial shall commence on August 29, 2011, at 9:00 a.m., in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

DATED: December 29, 2010    HINSHAW & CULBERTSON LLP


By: _____
JOSEPH J. DE HOPE, JR.
Attorneys for Defendants
LIBERTY MUTUAL FIRE INSURANCE
COMPANY


Dated: December __, 2010

/s/ Loren Kieve
Loren Kieve (Bar No. 56280)
lk@kievelaw.com
KIEVE LAW OFFICES
5A Funston Avenue
The Presidio of San Francisco
San Francisco, California  94129-1110
Telephone:  (415) 364-0060
Facsimile:  (435) 304-0060
lk@kievelaw.com

Counsel for plaintiff Silgan Containers LLC

W. David Campagne (Bar No. 111372)
Daniel S. Cho (Bar No. 258729)
SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
555 Montgomery, Suite 720
San Francisco, California 94111
Telephone:  (415) 352-6200
Facsimile:   (415) 352-6224
dcampagne@spcclaw.com
dcho@spcclaw.com

/s/ James F. Baffa, with permission
Richard H. Nicolaides, Jr. (pro hac vice)
Laura A. McArdle (pro hac vice)
James F. Baffa (pro hac vice)
BATES & CAREY LLP
191 North Wacker Drive, Suite 2400
Chicago, Illinois 60606
Telephone:  (312) 762-3100
Facsimile:   (312) 762-3200
rnicolaides@batescarey.com
lmcardle@batescarey.com
jbaffa@batescarey.com

Counsel for defendant National Union
Fire Insurance Company of Pittsburgh, Pa.

3    STIP. AND [~~PROPOSED~~] ORDER
FURTHER MODIFYING CASE
MANAGEMENT ORDER
Civil Action No. 09-05971 RS

2999739v1 0912837 68226

Pursuant to stipulation, it is so ordered.

Dated: 12/29/10 , ~~2011~~

_____
Honorable Richard Seeborg
United States District Judge