W. DAVID CAMPAGNE (BAR NO. 111372)
STEPHEN R. WONG (BAR NO. 186187)
SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
555 Montgomery, Suite 720
San Francisco, California 94111
Telephone:  (415) 352-6200
Facsimile:  (415) 352-6224
dcampagne@spcclaw.com
swong@spcclaw.com

RICHARD H. NICOLAIDES, JR. *(pro hac vice)*
LAURA A. McARDLE *(pro hac vice)*
CODY S. MOON *(pro hac vice)*
BATES CAREY NICOLAIDES LLP
191 North Wacker Drive, Suite 2400
Chicago, Illinois 60606
Telephone:    (312) 762-3100
Facsimile:    (312) 762-3200
rnicolaides@bcnlaw.com
lmcardle@bcnlaw.com
cmoon@bcnlaw.com

Attorneys for Defendant
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| SILGAN CONTAINERS LLC, | Case No. C-09-5971-RS |
| Plaintiff, | |
| vs. | [~~PROPOSED~~] ORDER FURTHER MODIFYING THE CASE MANAGEMENT ORDER |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and LIBERTY MUTUAL FIRE INSURANCE COMPANY, | Hon. Richard Seeborg |
| Defendants. | |

PURSUANT TO STIPULATION, IT IS SO ORDERED that the May 20, 2010 initial Case Management Order, as previously modified by Orders dated July 19, July 30, October 29, November 17, and December 29, 2010 is further modified as follows.

\*       \*       \*

3. CROSS-MOTIONS FOR SUMMARY JUDGMENT. Cross-motions for summary judgment, if any, shall be heard in accordance with Civil Local Rule 7 on April 21, 2011. In that

regard, all cross-motions for summary judgment shall be filed no later than March 17, 2011; all responses to cross-motions for summary judgment shall be filed no later than April 5, 2011; and all replies in support of cross-motions for summary judgment shall be filed no later than April 12, 2011.

4. **FURTHER CASE MANAGEMENT CONFERENCE.** A further Case Management Conference shall be held on May 19, 2011 at 10:00 a.m. in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. The parties shall submit a Joint Case Management Statement at least one week prior to the Conference.

5. **PRETRIAL STATEMENTS.** At a time convenient to all, counsel shall meet and confer to discuss preparation of a joint pretrial statement, and on or before July 28, 2011, counsel shall file a Joint Pretrial Statement.

6. **PRETRIAL CONFERENCE.** The final pretrial conference will be held on August 11, 2011, at 10:00 a.m., in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. Each party or lead counsel who will try the case shall attend personally.

7. **TRIAL DATE.** Jury trial shall commence on August 29, 2011, at 9:00 a.m. in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

DATED: 2/10_____, 2011

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

[Proposed] Order To Further Modify
Case Management Order                                                                                 Case No. C-09-5971 RS