**\*\*E-filed 6/21/11\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SILGAN CONTAINERS, LLC, | No. C 09-5971 RS |
| Plaintiff, | **ORDER RE BRIEFING OF OBJECTION TO DISCOVERY RULING** |
| v. | |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, P.A, et al., | |
| Defendants. | |

Pursuant to Civil Local Rule 72-2, defendant National Union Fire Insurance Company of Pittsburgh, Pa. has filed a motion objecting to an order regarding a discovery matter that was issued by the assigned magistrate judge on June 6, 2011. The docket entry for National Union's motion purports to state deadlines for filing any response and any reply. Under Rule 72-2, however, no response is required, and reply briefs are not permitted, unless specifically ordered by the Court. Accordingly, the dates shown in the docket entry are to be disregarded. Plaintiff shall file any response to the objection no later than July 11, 2011. The matter shall then be taken under submission without further briefing or oral argument

IT IS SO ORDERED.

Dated: 6/21/11

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE