KIEVE LAW OFFICES
   Loren Kieve (Bar No. 56280)
5A Funston Avenue
The Presidio of San Francisco
San Francisco, California 94129
Telephone: (415) 364-0060
Facsimile:  (435) 304-0060
lk@kievelaw.com

Counsel for plaintiff Silgan Containers LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### San Francisco Division

| | |
|---|---|
| SILGAN CONTAINERS LLC,<br><br>              Plaintiff,<br>      v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., *et al.*,<br><br>              Defendants. | Civil  Action No. 09-05971 RS<br>Hon. Richard Seeborg<br><br>**NOTICE OF CHANGE IN COUNSEL**<br><br>Complaint filed:  December 21, 2009 |

**TO THE HONORABLE COURT, DEFENDANT NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, AND ALL COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, effective as of the date of the filing of this notice, and with the consent of plaintiff Silgan Containers LLC, Loren Kieve is no longer counsel of record for plaintiff Silgan Containers LLC in the above-entitled matter.  Accordingly, his name should be removed from all service lists and electronic notifications in this matter.  Kirk Pasich, as lead counsel, and Kimberly Ann Umanoff of Dickstein Shapiro LLP shall continue to represent Plaintiff in this matter.

DATED: December 10, 2013           Respectfully submitted,


                                   By:  /s/ *Loren Kieve*
                                        Loren Kieve
                                        Attorney for Plaintiff
                                        SILGAN CONTAINERS, LLC