United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SILGAN CONTAINERS LLC,

Plaintiff,

v.

NATIONAL UNION FIRE INSURANCE
CO. OF PITTSBURGH, PA, et al.,

Defendants.

Case No. 09-cv-05971-RS

**CASE MANAGEMENT SCHEDULING
ORDER**

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on September 4, 2014.  After considering the Joint Case Management Statement and proposed case schedule submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

1.      ALTERNATIVE DISPUTE RESOLUTION.

SETTLEMENT CONFERENCE.  The parties are hereby REFERRED to a randomly assigned Magistrate Judge for the purpose of engaging in a settlement conference, to take place, ideally, within the next 45 days.

2.      DISCOVERY.

On or before February 16, 2015, all non-expert discovery shall be completed by the parties. Discovery shall be limited as follows: (a) ten (10) non-expert depositions per party; (b) twenty-five (25) interrogatories per party, including all discrete subparts; (c) a reasonable number of requests for production of documents or for inspection per party; and (d) a reasonable number of requests for admission per party.

3.      DISCOVERY DISPUTES.

Discovery disputes will be referred to a Magistrate Judge.  After the parties have met and conferred, the parties shall prepare a joint letter of not more than 8 pages explaining the dispute.

United States District Court
Northern District of California

1    Up to 12 pages of attachments may be added.  The joint letter must be electronically filed under

2    the Civil Events category of "Motions and Related Filings >Motions--General > Discovery Letter

3    Brief."  The Magistrate Judge to whom the matter is assigned will advise the parties of how that

4    Judge intends to proceed.  The Magistrate Judge may issue a ruling, order more formal briefing, or

5    set a telephone conference or a hearing.  After a Magistrate Judge has been assigned, all further

6    discovery matters shall be filed pursuant to that Judge's procedures.

7        4.    EXPERT WITNESSES.

8    The disclosure and discovery of expert witnesses shall proceed as follows:

9        a.   On or before March 9, 2015, plaintiff shall disclose expert testimony and reports in

10            accordance with Federal Rule of Civil Procedure 26(a)(2).

11       b.   On or before April 15, 2015, defendant shall disclose expert testimony and reports

12            in accordance with Federal Rule of Civil Procedure 26(a)(2).

13       c.   On or before May 6, 2015, all discovery of expert witnesses pursuant to Federal

14            Rule of Civil Procedure 26(b)(4) shall be completed.

15       5.    FURTHER CASE MANAGEMENT CONFERENCE.

16   A Further Case Management Conference shall be held on **February 26, 2015 at 10:00**

17   **a.m.** in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San

18   Francisco, California.  The parties shall file a Joint Case Management Statement at least one week

19   prior to the Conference.

20       6.    PRETRIAL MOTIONS.

21   All dispositive pretrial motions must be filed and served pursuant to Civil Local Rule 7.

22   Each party is limited to one motion for summary judgment absent leave of Court.  All pretrial

23   motions shall be heard no later than July 9, 2015.

24       7.    PRETRIAL CONFERENCE.

25   The final pretrial conference will be held on **October 29, 2015 at 10:00 a.m.**, in

26   Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco,

27   California.  Each party or lead counsel who will try the case shall attend personally.

28

CASE MANAGEMENT SCHEDULING ORDER
CASE NO.  09-cv-05971-RS

1    8.    TRIAL DATE.

2        A jury trial shall commence on **November 9, 2015 at 9:00 a.m.**, in Courtroom 3, 17th

3    Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

4

5    **IT IS SO ORDERED**.

6

7    Dated: September 23, 2014

8

9                                              RICHARD SEEBORG
                                               United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

CASE MANAGEMENT SCHEDULING ORDER
CASE NO.  09-cv-05971-RS