| | |
|---|---|
| 1 | Kirk A. Pasich (SBN 94242) |
|   | pasichk@dicksteinshapiro.com |
| 2 | Pamela Woods (SBN 101520) |
|   | woodsp@dicksteinshapiro.com |
| 3 | Kimberly A. Umanoff (SBN 288123) |
|   | umanoffk@dicksteinshapiro.com |
| 4 | DICKSTEIN SHAPIRO LLP |
|   | 2049 Century Park East, Suite 700 |
| 5 | Los Angeles, CA 90067-3109 |
|   | Telephone:  (310) 772-8300 |
| 6 | Facsimile: (310) 772-8301 |
| 7 | Attorneys for Plaintiff |
| 8 | (Other counsel listed in the signature blocks below) |

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SILGAN CONTAINERS LLC, | **Civil Action No. C 09-05971 RS** |
| Plaintiff, | Hon. Richard Seeborg |
| vs. | **STIPULATION OF DISMISSAL** |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. and LIBERTY MUTUAL FIRE INSURANCE COMPANY, | [~~PROPOSED~~] ORDER |
| Defendants. | |

Plaintiff Silgan Containers LLC, Defendant and Cross-Complainant National Union Fire Insurance Company of Pittsburgh, PA, and Defendant and Cross-Defendant Liberty Mutual Fire Insurance Company, through their respective attorneys of record, hereby notify the Court that the Silgan and National Union have entered into a settlement agreement and that the parties have fully resolved all claims and cross-claims in this lawsuit.

_____
STIPULATION OF DISMISSAL AND PROPOSED ORDER
Civil Action No. C 09-05971 RS

| | | | |
|---|---|---|---|
| 1 | | | |
| 2 | THEREFORE it is hereby stipulated by and between the parties, subject to the approval of |
| 3 | the Court, that all claims and cross-claims in this lawsuit be dismissed with prejudice, with each |
| 4 | party bearing its own costs and attorneys' fees. |

Kirk A. Pasich (SBN 94242)
Pamela Woods (SBN 101520)
Kimberly A. Umanoff (SBN 288123)
DICKSTEIN SHAPIRO LLP
2049 Century Park East, Suite 700
Los Angeles, CA 90067
Telephone: (310) 772-8300

DATED: June 8, 2015        By:        /s/ Kimberly A Umanoff
                                      Attorneys for Plaintiff, Silgan Containers

Richard H. Nicolaides, Jr. (*Pro Hac Vice*)
Laura A. McArdle (*Pro Hac Vice*)
Cody S. Moon (*Pro Hac Vice*)
NICOLAIDES FINK THORPE MICHAELIDES
71 S. Wacker, 44th Floor
Chicago, Illinois 60606
Telephone: (312) 585-1400

DATED: June 8, 2015        By:        /s/Cody S. Moon

                                      Attorneys for Defendant and Cross-
                                      complainant, National Union Fire Insurance
                                      Company of Pittsburgh, PA

---

1
STIPULATION OF DISMISSAL AND PROPOSED ORDER
Civil Action No. C 09-05971 RS

Ray Tamaddon (SBN 144494)
HINSHAW & CULBERTSON LLP
11601 Wilshire Blvd., Suite 800
Los Angeles, CA 90025
Telephone: (310) 909-8078

DATED: June 8, 2015           By:      ____/s/ Ray Tamaddon_____

        Attorneys for Defendant and Cross-defendant,
        Liberty Mutual Fire Insurance Company

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: June 8th, 2015        _____
                                            Judge Richard Seeborg